**08 C 122**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**



**EXHIBIT 1**

