# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt | **NOTICE DATE**: February 01, 2005 |
| **CASE TYPE**: N400 Application For Naturalization | **INS A#**: A 076 857 844 |
| **APPLICATION NUMBER**: LIN*000742587 | **RECEIVED DATE**: January 26, 2005 | **PRIORITY DATE**: January 26, 2005 | **PAGE**: 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
ZITA MOLNAR
#3
2047 W FARRAGUT AVE
CHICAGO IL 60625

**PAYMENT INFORMATION:**
Single Application Fee: $390.00
Total Amount Received: $390.00
Total Balance Due: $0.00

**08 C 122**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

The above application has been received by our office and is in process. Our records indicate your personal information is as follows.

Date of Birth:    April 23, 1979
Address Where You Live:    2434 W FLOURNOY AVE # 2
                                           CHICAGO IL 60612

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

LIN$000695433

**EXHIBIT 2**



Form I-797C (Rev. 08/31/04) N

**JH**