JH

**08 C 122**

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: __MOLNAR_____ __ZITA_____ _____ _____
        Last                         First                   Middle        Suffix

DATE OF BIRTH: __79__ __04__ __23__    PHONE #: __773-989-6865__
                    Year   Month   Day

PLACE OF BIRTH: __BUDAPEST, HUNGARY__    SEX: (Male or (Female))

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native      ____ Black      (X) White (Hispanic also check)

____ Asian or Pacific Island      ____ Unknown

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

HEIGHT: __5__ Feet __9.5__ Inches      WEIGHT: __130__ Pounds

EYE COLOR: Check the most appropriate code below:

__ Black __ Brown __ Green __ Gray __ Pink (Hazel) __ Blue __ Maroon

HAIR COLOR: Check the most appropriate code below:

__ Black __ Bald __ White __ Sandy __ Red __ Gray (Blonde) __ Brown

COUNTRY OF CITIZENSHIP: __HUNGARY__

SOCIAL SECURITY NUMBER: __332__ - __90__ - __9723__

ALIEN REGISTRATION NUMBER: A __076-857-844__

LIST ANY OTHER NAMES YOU HAVE USED:

_____ _____ _____ _____
     Last                     First               Middle        Suffix

RESIDENCE ADDRESS (List mailing address if different from residence):

__2047 W. FARRAGUT__ __Apt #3__ __Chicago__ __IL__ __60625__
Street number and name    Apartment #    City    State    Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, (N-400))

LOCAL AIW STAMP: __YCB/Pulaski__
FD-258 Completed at CIS/ASC
On: __3/5/05__ By: __158025__
QC Check Completed By: __158080__

Department of Homeland Security                  I-797C, Notice of Action
U.S. Citizenship and Immigration Services

EXHIBIT 3

THE UNITED STATES OF AMERICA