**08 C 122**



U.S. Department of Homeland Security
USCIS
10 West Jackson Boulevard
Chicago, IL 60604

**U.S. Citizenship and Immigration Services**

Wednesday, September 21, 2005

ZITA MOLNAR
2047 W FARRAGUT AVE
APT 3
CHICAGO IL 60625

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

Dear ZITA MOLNAR:

On 08/08/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 01/13/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | MOLNAR, ZITA |
| **Your USCIS Account Number (A-number):** | A076857844 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 09-21-2005 12:34 PM EDT

**EXHIBIT 6**