# LIN & SONG LTD
### ATTORNEYS AT LAW

ROBERT LIN
JAMES SONG

1555 N. Naperville Wheaton Road, Suite 201
Naperville, Illinois 60563
TELE: (630) 548-1230
FAX: (630) 548-1235

316 Circle Avenue
Forest Park, Illinois 60130
TELE: (708) 366-7550

January 22, 2007

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

**BY USMAIL**
Michael M. Comfort
District Director
U.S. Department of Homeland Security
10 W. Jackson Boulevard
Chicago, IL 60604

Re:   **Zita Molnar, Application for Naturalization, INS A#076857844**

Dear Mr. Comfort:

This is to notify you that our firm represents Ms. Zita Molnar in regarding to her application for Naturalization. Enclosed is a copy of the G-28.

Ms. Molnar applied in January 2005, was interviewed in early 2005, but has yet to receive any clearance on her status. A correspondence, enclosed, dated September 21, 2005 that indicates that security checks are still in process. Another correspondence, enclosed, dated July 28, 2006 again indicates that her background check is still in process.

At this time, this is unacceptable for my client. Two years have passed since the initial application phase and yet her status for naturalization is still open. We request immediate attention is placed on Ms. Molnar's file to resolve any open issues. As you know, her naturalization process is taking longer than necessary to complete.

If you have any questions, comments or objections, please do not hesitate to contact me. We look forward to working with you.

Very truly yours,

James Song, Esq.

cc:   Zita Molnar

Enclosure: G-28, letters dated September 21, 2005 and July 28, 2006

**EXHIBIT 7**