**08 C 122**



U.S. Department of Homeland Security
Washington, DC 20529

U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C

MAY 0 5 2007

**JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN**

Mr. James Song
Attorney at Law
1555 North Naperville Wheaton Road, 201
Naperville, IL 60563

Ref: Zita Molnar

Dear Mr. Song:

Thank you for your correspondence dated January 22, 2007, to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

The processing of your client's case has been delayed. A check of our records establishes that her case is not yet ready for decision as the required investigation into her background remains open.

Until the background investigation is completed, we cannot move forward on her case. These background checks are required to be completed on all applicants who apply for the immigration benefit she is seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

We trust that this information is helpful.

Sincerely,

*Fairy D. White*

Fairy D. White
Supervisory Program Specialist
Customer Assistance Office
U.S. Citizenship and Immigration Services

Enclosures: USCIS Update: *USCIS Clarifies Criteria to Expedite FBI Name Check* & Fact Sheet: *Immigration Security Checks – How and Why the Process Works.*

www.uscis.gov

**EXHIBIT 8**