**08 C 122**



U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Thursday, September 20, 2007

ZITA MOLNAR
230 W DIVISION ST, UNIT 1406
CHICAGO IL 60610

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

Dear Zita Molnar:

On 08/15/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN*000742587 |
| **Beneficiary (if you filed for someone else):** | Molnar, Zita |
| **Your USCIS Account Number (A-number):** | A076857844 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

To do a change of address you must file a form AR-11 we do not do changes in this system. LIN*000742587

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

EXHIBIT 10

U.S. CIS - 09-20-2007 09:26 AM EDT - LIN*000742587