**08 C 122**

# LIN & SONG LTD
ATTORNEYS AT LAW

ROBERT LIN
JAMES SONG

1555 N. Naperville Wheaton Road, Suite 201
Naperville, Illinois 60563
TELE: (630) 548-1230
FAX: (630) 548-1235

316 Circle Avenue
Forest Park, Illinois 60130
TELE: (708) 366-7550

October 1, 2007

**BY USMAIL**
Fairy D. White
Supervisory Program Specialist
U.S. Citizenship and Immigration Services
Department of Homeland Security
111 Massachusetts Avenue, NW, Suite 6000
Washington, DC 20529

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

Re: Zita Molnar, Application for Naturalization, INS A#076857844

Dear Ms. White:

This letter is to inform you that we have not received any information regarding the above referenced case. This is unacceptable. It has been more than two and a half (2 ½) years since she had an interview. As you know, the only delay is for a background check.

This extremely long delay for a background check is unreasonable. Again, we request immediate attention to Ms. Molnar's file to expedite this unreasonable delay. We would like to resolve this issue immediately thus avoiding any additional remedies.

If you have any questions, comments or objections, please do not hesitate to contact me. We look forward to working with you.

Very truly yours,

James Song, Esq.

cc: Zita Molnar

**EXHIBIT 11**