**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 122**

In the Matter of                                           Case Number:

Zita Molnar
v
Michael Mukasey, U.S. Dep't of Justice; Michael Chertoff,
DHS; Emilio Gonzalez, USCIS; Ruth Dorochoff, USCIS
Chicago District Office; Robert S. Mueller III, FBI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Zita Molnar, Plaintiff

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print)<br>Douglas Bristol | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Douglas Bristol | |
| FIRM<br>Law Offices of Douglas Bristol | |
| STREET ADDRESS<br>321 S. Plymouth Court, Suite 1525 | |
| CITY/STATE/ZIP<br>Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>21510 | TELEPHONE NUMBER<br>312-663-4466 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |