# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 122 | **DATE** | 4/22/2008 |
| **CASE TITLE** | Zita Mjulnar     vs     Michael Mukasey, A.G. Dept of Justice | | |

**DOCKET ENTRY TEXT:**

Status hearing held.   By agreement, this case is dismissed with prejudice.

[Docketing to mail notice]

00:03

| | Courtroom Deputy | GDS |
|---|---|---|